# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER POOL,<br><br>        Plaintiff,<br><br>v.<br><br>AMERIPARK, LLC,<br><br>        Defendants. | Case No.: 19-CV-01103-LAB-WVG<br><br>**ORDER ON JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |

  Having considered the Parties' Joint Motion to Continue Early Neutral Evaluation Conference (Doc. No. 11), the Court HEREBY VACATES the Early Neutral Evaluation ("ENE") previously set for August 16, 2019, at 2:00 P.M., pursuant to the Court's June 18, 2019 scheduling order (Doc. No. 6), in light of Plaintiff Carter Pool's ("Plaintiff") pending Motion to Remand to State Court. The Court further ORDERS the Parties to contact this Court's Chambers within two business days of the ruling on Plaintiff's pending motion to allow the Court to set further proceedings, if necessary.

  **IT IS SO ORDERED.**

Dated: July 29, 2019

_____
Hon. William V. Gallo
United States Magistrate Judge