GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Hali M. Anderson (SBN 261816)
handerson@grahamhollis.com
Nathan Reese (SBN 283150)
nreese@grahamhollis.com
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff CARTER POOL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER POOL, in a representative capacity, and on behalf of all similarly situated and aggrieved current and former employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>AMERIPARK, LLC, a Georgia Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 3:19-cv-01103-LAB-WVG<br><br>[*Assigned to Hon. Larry Alan Burns*]<br><br>**PLAINTIFF CARTER POOL'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, COSTS, CLASS REPRESENTATIVE SERVICE AWARD, AND CLASS REPRESENTATIVE AWARD UNDER LABOR CODE SECTION 1102.5**<br><br>Date:         July 26, 2021<br>Time:        11:30 a.m.<br>Courtroom: 14A<br><br>Complaint Filed: May 6, 2019<br>Removal Date: June 12, 2019<br><br>**ORAL ARGUMENT REQUESTED** |

TO THE COURT, DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 26, 2021 at 11:30 a.m. in Courtroom 14A of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Plaintiff Carter Pool ("Plaintiff"), on behalf of himself and all others similarly situated, will, and hereby will move this Court, pursuant to Rule 23

of the Federal Rules of Civil Procedure, for entry of a Judgment and Final Order approving the class action settlement reached between Plaintiff and Defendant Ameripark, LLC (collectively "the Parties") in this case, and in particular:

    1.    Approving the class action settlement and distribution plan agreed upon by the Parties and preliminarily approved by the Court, which entails the distribution of a Maximum Settlement Amount of $1,750,000 to the Settlement Class Members, Class Counsel, the California Labor Workforce Development Agency, the Class Representative, and the Settlement Administrator;

    2.    Approving that $87,500 of the Maximum Settlement Amount be designated to resolve Private Attorneys General Act ("PAGA") claims, and that under Labor Code section 2699(i), 75% ($65,625) of the penalty payment will be paid to the California Labor and Workforce Development Agency (LWDA), and 25% ($21,875) will be distributed to Settlement Class Members who filed valid claims in proportion to their Individual Settlement Amounts;

    3.    Finally approving the payment, from the Maximum Settlement Amount of $5,000 to Plaintiff Carter Pool in recognition of his service to the Settlement Class, time spent, and risks undertaken as named Plaintiff;

    4.    Finally approving the payment, from the Maximum Settlement Amount of $5,000 to Plaintiff Carter Pool in recognition of his release of his Labor Code section 1102.5 claim;

    5.    Approving that the Net Settlement Sum (estimated to be approximately $1,061,541.67) be distributed among the Class Members;

    6.    Finally certifying the Settlement Class, as defined in the parties Joint Stipulation of Class Action Settlement and PAGA Representative Action Settlement and Release ("Settlement Agreement") and the Court's Order Granting Preliminary Approval, for settlement purposes;

    7.    Finally appointing GrahamHollis APC as Class Counsel, as defined in the Settlement Agreement, for purposes of settlement;

8. Finally appointing Plaintiff Carter Pool as a Class Representative for the Class Members, as defined in the Settlement Agreement;

9. Finally approving the settlement as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Settlement Agreement, and the Maximum Settlement Amount of $1,750,000, to be allocated and paid pursuant to the terms of the Settlement Agreement, and ordering the Parties and the Settlement Administrator carry out the terms of the Settlement;

10. Finally approving the payment of $14,500 to the Settlement Administrator previously appointed by the Court, ILYM Group, Inc., for costs actually incurred and documented by the Settlement Administrator;

11. Binding the parties to the terms of the Settlement Agreement, including the Release specified therein, all of the other Settlement Class Members; and

12. Entering Judgment and Order in favor of the Final Approval of Class Action Settlement and Final Approval of Attorney's Fees and Costs;

13. In support of this Motion, Plaintiff will rely on this Notice of Motion, the accompanying Memorandum of Points, Authorities and the Declaration of Graham S.P. Hollis, Esq. in Support of Plaintiffs' Unopposed Motion for Final Approval and the Exhibits attached thereto, Declaration of Nathalie Hernandez on behalf of Settlement Administrator ILYM Group, Inc. in Support of the Motion for Final Approval, the Declaration of Nathalie Hernandez on Behalf of Settlement Administrator ILYM Group, Inc. in Support of Attorney's Fees, Costs, and Class Representative Service Award (Dkt. No. 43-5), the Memorandum of Points and Authorities in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 34-1), Declaration of Graham S.P. Hollis in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 34-2), Declaration of Graham S.P. Hollis in Support Plaintiff's Motion for Approval of Attorneys' Fees and Costs and Class Representative Service Award (Dkt. No. 43-2), and the Declaration of Carter Pool in Support of Preliminary Approval of Class Action Settlement (Dkt. No. 35), and on such other evidence and

argument as may be submitted to the Court at or before the Final Approval Hearing.

Dated: June 28, 2021  GRAHAM**HOLLIS** APC

By: */s/ Nathan Reese*
GRAHAM S.P. HOLLIS
NATHAN REESE
Attorneys for Plaintiff CARTER POOL