# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER POOL<br><br>                  Plaintiff,<br><br>v.<br><br>AMERIPARK, LLC<br><br>                 Defendant. | Case No.:  19cv1103-LAB (WVG)<br><br>**ORDER RE: FINAL SETTLEMENT APPROVAL** |

      On August 30, 2021, the Court held a hearing on the Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees. (Dkt. 44.) The parties' proposed settlement agreement provides that the Court will retain jurisdiction over all matters arising in connection with the settlement. (Dkt. 44-2 at ¶ 14.1.) At the hearing, however, the Court informed the parties that it wouldn't retain jurisdiction over the settlement. The parties may alter the language in the agreement to reflect the parties' consent to the continued jurisdiction of Magistrate Judge William Gallo, or any Magistrate Judge who may later be assigned, and to acknowledge that the Magistrate Judge has the authority and consent of the parties to resolve any disputes that may arise in connection with the settlement agreement.

      The Court also informed the parties that it wouldn't approve Class Counsel's

Fee and Expense Award of $583,333.33, or thirty-three and one-third percent ($33\ 1/3\%$) of the Maximum Settlement Amount, plus actual costs and expenses. The Court finds that none of the circumstances in this case justify a departure from the twenty-five percent (25%) benchmark for attorneys' fees. The Court will award 25%, or $437,500, of the Maximum Settlement Amount in attorneys' fees to Class Counsel. The Court also requested that Class Counsel submit documentation supporting their request for $2,814.00 in "Online Research" costs.

If they wish to do so, the parties must file an amended settlement agreement, along with a redlined document comparing the new agreement to the agreement filed at Dkt. 44-2, no later than **September 20, 2021**. By the same date, the parties must also file a Consent to Exercise of Jurisdiction by a United States Magistrate Judge signed by all parties and their counsel, and must submit documentation supporting Class Counsel's request for "Online Research" costs.

**IT IS SO ORDERED**.

Dated: August 31, 2021

*Larry A. Burns*

Honorable Larry Alan Burns
United States District Judge